NUMBER 13-02-459-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

________________________________________________________________


CAROL JOYCE TURK , Appellant,



v.




JAMES WILLIAM TURK , Appellee.

________________________________________________________________


On appeal from the 25th District Court

of Gonzales County, Texas.

________________________________________________________________



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



 Appellant, CAROL JOYCE TURK , perfected an appeal from a judgment entered by the 25th District Court of Gonzales
County, Texas, in cause number 20,569 . After the record was filed, appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 14th day of August, 2003 .